# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

CENTURY BUSINESS CREDIT
CORPORATION,

v.

VASILY SALYGIN and OBELLO
ESTABLISHMENT,

### CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

Case Number:   03 CV 4846

04mc 59 (WJM)

I, _____ J. MICHAEL McMAHON _____, Clerk of this United States District

Court certify that the attached judgment is a true and correct copy of the original judgment entered in

this action on _____ January 16, 2004 _____, as it appears in the records of this court, and that

*Date*

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4
(a) of the Federal Rules of Appellate Procedures has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

_____ Feb. 23, 2004 _____.

*Date*

_____ J. Michael M. McMahon _____

*Clerk*

_____ 2 _____

*(By) Deputy Clerk*

\* Insert the appropriate language: ... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules
of Appellate Procedure has been filed." ... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal
Rules of Appellate Procedure [\*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." ... "an appeal was taken
from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ... "an appeal was taken from this judgment and the
appeal was dismissed by order entered on [date]."

[\*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions for judgment notwithstanding the verdict; to amend or make additional findings of fact; to
alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

Doc #28



FILED
JAN 16 2004
S. D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CENTURY BUSINESS CREDIT CORPORATION,

                                     Plaintiff,

                -against-

VASILY SALYGIN and OBELLO ESTABLISHMENT,

                                  Defendants.

------------------------------------------------------------X

Civil Action No.

**03 CV 4846 (RO)**

**JUDGMENT**

#04/0083

       This action came on for hearing before the Court, Honorable Richard Owen, District Judge, presiding on plaintiff's motion for partial summary judgment, and the issues having been duly heard and a decision having been duly rendered on December 18, 2003, it is therefore

       **ORDERED, ADJUDGED AND DECREED:** that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and there being no just reason for delay, the plaintiff Wells Fargo Century, Inc. (f/k/a Century Business Credit Corporation) have judgment against defendants Vasily Salygin (a/k/a Vasiliy Salygin) and Obello Establishment in the liquidated amount of $3,089,100.00 plus interest at 4.5% from July 18, 2003, amounting to $3,155,516.00 plus costs and disbursements of this action.

Dated: New York, New York
       January 14, 2004

                                         _____
                                              U.S.D.J.

                    This document was entered on the docket

                    on _____1/16/04_____

A CERTIFIED COPY
J. MICHAEL McMAHON,.      , CLERK

BY _____
                DEPUTY CLERK

MICROFILM   9:00 AM   JAN 20 2004